■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ONYX ARROYO, Appellant. [42 NYS3d 826]—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Chin-Brandt, J., at plea; Zaro, J., at sentence), both rendered November 2, 2015, convicting him of attempted burglary in the second degree under superior court information No. 2118/15, and attempted burglary in the second degree under superior court information No. 2119/15, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]). Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige,

54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Dickerson, Maltese and Connolly, JJ., concur.